AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

|  |  |
|---|---|
| Marissa Hughes <br><br> *Plaintiff(s)* <br> v. <br> Meta Platforms, Inc. et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:26-cv-01205-YGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Defendants on Attached Exhibit List

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
E. Scott Verhine, MSB # 10548
Verhine & Verhine PLLC
1013 Adams Street
Vicksburg, MS 39183
(601) 636-0791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: 2/9/2026                                                                 /s/ Thelma Nudo
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-01205-YGR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ADDENDUM TO SUMMONS IN A CIVIL ACTION:**
*List of Defendant(s) indicated by Checkmark*

☑ DEFENDANT NO. 1:    **INSTAGRAM, LLC**
1601 Willow Rd
Menlo Park, CA 94025-1452
Service Email: MetaNoticeofService@cov.com

☑ DEFENDANT NO. 2:    **FACEBOOK OPERATIONS LLC**
1601 Willow Rd
Menlo Park, CA 94025-1452
Service Email: MetaNoticeofService@cov.com

☑ DEFENDANT NO. 3:    **FACEBOOK PAYMENTS, INC.**
1601 Willow Rd
Menlo Park, CA 94025-1452
Service Email: MetaNoticeofService@cov.com

☑ DEFENDANT NO. 4:    **META PLATFORMS, INC.**, formerly known as FACEBOOK, INC.
1 Hacker Way
Menlo Park, CA 94025-1456
Service Email: MetaNoticeofService@cov.com

☑ DEFENDANT NO. 5:    **SICULUS, INC.**
1601 Willow Rd
Menlo Park, CA 94025-1452
Service Email: MetaNoticeofService@cov.com

☑ DEFENDANT NO. 6:    **SNAP INC.**
3000 31st St
Santa Monica, CA 90405-3046
Service Email: SnapNoticeofService@mto.com

☑ DEFENDANT NO. 7:   **GOOGLE LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351
INRESOCIALMEDIAM@LIST.WSGR.COM.

☑ DEFENDANT NO. 8:   **TIKTOK, LTD**
5800 Bristol Pkwy
Culver City, CA 90230-6696
Service Email: TikTokNoticeofService@faegredrinker.com.

☑ DEFENDANT NO. 9:   **BYTEDANCE, LTD**
43 N 3rd Ring W Road
Beijing, Beijing Shi China
Service Email: TikTokNoticeofService@faegredrinker.com.

☑ DEFENDANT NO. 10   **BYTEDANCE, INC.**
5800 Bristol Pkwy Ste 100
Culver City, CA, 90230-6697
Service Email: TikTokNoticeofService@faegredrinker.com.

☑ DEFENDANT NO. 11   **TIKTOK, LLC**
251 Little Falls Dr
Wilmington, DE 19808-1674
Service Email: TikTokNoticeofService@faegredrinker.com.

☑ DEFENDANT NO. 12   **TIKTOK, INC.**
5800 Bristol Pkwy
Culver City, CA 90230-6696
Service Email: TikTokNoticeofService@faegredrinker.com.